EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Enmienda al Artículo 13.9, Proceso Especial de Reclutamiento y Designación para los Puestos en Las Clases Secretariales Auxiliares del Tribunal I y Alguaciles Auxiliares del Reglamento de la Administración del Sistema de Personal de la Rama Judicial | 2004 TSPR 64<br><br>161 DPR _____ |
|---|---|

Número del Caso: ER-2004-4

Fecha: 29 de abril de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Enmienda al Artículo 13.9,
Proceso Especial de Reclutamiento          ER-2004-4
Y Designación para los Puestos en
Las Clases Secretarias Auxiliares
del Tribunal I y Alguaciles
Auxiliares del Reglamento de la
Administración del Sistema de
Personal de la Rama Judicial

RESOLUCION

San Juan, Puerto Rico, a 29 de abril de 2004.

El 13 de julio de 2001 mediante Resolución se enmendó el Artículo 13 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial para agilizar el proceso de reclutamiento de candidatos para los puestos de Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares. Las particularidades y necesidades especiales del Tribunal Supremo por la naturaleza de las funciones únicas en el sistema judicial de Puerto Rico, muchas de las que son ejecutadas a través de la Secretaría y de la Oficina del Alguacil de nuestro Tribunal requiere que dicho procedimiento especial excluya de su aplicación a este Tribunal. En atención a ello, se enmienda el Artículo 13.9 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial a los únicos efectos de indicar que el procedimiento especial allí dispuesto no será de aplicación para el reclutamiento de los puestos que desempeñarán sus funciones en el Tribunal Supremo. Se añade a este Artículo un inciso 10 que dispondrá lo siguiente:

"Artículo 13.9 Procedimiento Especial de Reclutamiento y designación para los Puestos de Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares I

[...]

10. El procedimiento dispuesto en este Artículo no será de aplicación a los puestos de Secretarias Auxiliares del Tribunal I y Alguaciles Auxiliares que sean reclutados para llevar a cabo sus funciones en el Tribunal Supremo. Estos serán reclutados conforme al procedimiento ordinario, según dispuesto en los Artículos 13.1 y 13.5."

Esta enmienda entrará en vigor inmediatamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados señores Rebollo López y Fuster Berlingeri no intervinieron.


                              Patricia Otón Olivieri
                           Secretaria del Tribunal Supremo